**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HILLARY SCHNEIDER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No.: 1:19-cv-01322 |
| v. | ) ) | Judge Virginia M. Kendall |
| FITBIT, INC., | ) ) | Magistrate Judge Sunil R. Harjani |
| Defendant. | ) ) | |

**NOTICE OF DISMISSAL**

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff, Hillary Schneider, through her undersigned counsel, voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal is with prejudice, with each side to bear its own costs and fees.

SWEETNAM LLC

Dated: June 14, 2019     By:   s/ William M. Sweetnam

William M. Sweetnam
Natasha Singh
SWEETNAM LLC
100 North La Salle Street, Suite 2200
Chicago, Illinois 60602
(312) 757-1888
wms@sweetnamllc.com
ns@sweetnamllc.com

*Attorneys for Plaintiff Hillary Schneider*